# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

No. 24-8033     **Short Title:** Ortiz v. Saba University School of Medicine, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[ ] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[✓] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Patrick T. Egan                              12/12/2024
Signature                                         Date

Patrick T. Egan
Name

Berman Tabacco                                    617-542-8300
Firm Name (if applicable)                         Telephone Number

One Liberty Square                                617-542-1194
Address                                           Fax Number

Boston, MA 02109                                  pegan@bermantabacco.com
City, State, Zip Code                             Email (required)

Court of Appeals Bar Number: 92444

Has this case or any related case previously been on appeal?

[ ] No        [✓] Yes    Court of Appeals No. 24-8030 (petition filed; motion to dismiss pending)

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).