# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 24-8033    **Short Title:** Ortiz v. Saba University, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Natalia Ortiz _____ as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[✔] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Margaret M. Siller                          12/12/2024
Signature                                        Date

Margaret M. Siller
Name

Maynard Nexsen PC                                629-258-2253
Firm Name (if applicable)                        Telephone Number

1131 4th Ave. S, Suite 320                       629-258-2251
Address                                          Fax Number

Nashville, TN 37210                              msiller@maynardnexsen.com
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: 1214229

Has this case or any related case previously been on appeal?

[ ] No    [✔] Yes   Court of Appeals No. 24-8030 (petition filed; motion to dismiss pending)

==================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).