# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8033    **Short Title:** Ortiz v. Saba Univ. School of Medicine, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Natalia Ortiz _____ as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[✔] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

_____          December 12, 2024
Signature                                Date

Daniel A. Zibel
Name

National Student Legal Defense Network          202-734-7495
Firm Name (if applicable)                        Telephone Number

1701 Rhode Island Ave NW                         N/A
Address                                          Fax Number

Washington, DC 20036                             dan@defendstudents.org
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: 1190437

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 24-8030

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.**  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).