# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8033　　　　**Short Title:** Ortiz v. Saba Univ. of School o

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Saba University School of Medicine, and R3 Education, Inc.　　　　as the

[ ] appellant(s)　　　　[ ] appellee(s)　　　　[ ] amicus curiae

[ ] petitioner(s)　　　　[✔] respondent(s)　　　　[ ] intervenor(s)

/s/ Daryl J. Lapp　　　　　　　　　　　　　December 23, 2024
Signature　　　　　　　　　　　　　　　　　Date

Daryl J. Lapp
Name

Locke Lord, LLP　　　　　　　　　　　　　617-239-0174
Firm Name (if applicable)　　　　　　　　　Telephone Number

111 Huntington Avenue
Address　　　　　　　　　　　　　　　　　Fax Number

Boston, Massachusetts 02199　　　　　　daryl.lapp@lockelord.com
City, State, Zip Code　　　　　　　　　　Email (required)

Court of Appeals Bar Number: 31763

Has this case or any related case previously been on appeal?

[ ] No　　　　[✔] Yes　　Court of Appeals No. 24-8030

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).