# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-8033     **Short Title:** Ortiz v. Saba Univ. of School o

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Saba University School of Medicine, and R3 Education, Inc.     as the

[ ] appellant(s)     [ ] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [✔] respondent(s)     [ ] intervenor(s)

/s/ Nathalie Vega
Signature

December 23, 2024
Date

Nathalie Vega
Name

Locke Lord, LLP
Firm Name (if applicable)

401-276-6421
Telephone Number

One Financial Plaza
Address

Fax Number

Providence, RI 02903
City, State, Zip Code

nathalie.vega@lockelord.com
Email (required)

Court of Appeals Bar Number: 1193821

Has this case or any related case previously been on appeal?

[ ] No     [✔] Yes     Court of Appeals No. 24-8030

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).