No. 24-8033

_____

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

_____

NATALIA ORTIZ,
on behalf of herself and all others similarly situated,

Plaintiff-Respondent,

v.

SABA UNIVERSITY SCHOOL OF MEDICINE, and R3 EDUCATION, INC.,

Defendants-Petitioners.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(The Honorable William G. Young, Case No. 1:23-cv-12002-WGY)

_____

**Defendants' Corporate Disclosure Statement**

_____

Daryl J. Lapp (First Cir. Bar No. 31763)
LOCKE LORD LLP
111 Huntington Avenue, Boston, MA  02199
(617) 239-0100
daryl.lapp@lockelord.com

Michael McMorrow (First Cir. Bar No. 1214113)
LOCKE LORD LLP
111 S. Wacker Drive, Chicago, IL 60606
(312) 443-0246
michael.mcmorrow@lockelord.com

*Counsel for Defendants-Petitioners*

# CORPORATE DISCLOSURE STATEMENT

Saba University School of Medicine is owned by Saba University School of Medicine B.V., a privately held company. Saba University School of Medicine B.V. is wholly owned by Saba University Management Company B.V., a privately held company. Saba University Management Company B.V. is wholly owned by R3 Education, Inc., a privately held company. R3 Education, Inc. is wholly owned by Trinity BidCo LLC, a privately held company. Trinity BidCo, LLC is wholly owned by Trinity HoldCo Ltd. (UK), a privately held company. Trinity HoldCo Ltd. (UK) is wholly owned by Global University Systems Holding BV, a privately held company. There is no publicly held company that owns, directly or indirectly, 10% or more of Saba University School of Medicine B.V. or R3 Education, Inc.'s stock.

December 23, 2024

                                          SABA UNIVERSITY SCHOOL OF
                                          MEDICINE; and R3 EDUCATION, INC.,

                                          */s/ Daryl J. Lapp*
                                          Daryl J. Lapp (First Cir. Bar No. 31763)
                                          daryl.lapp@lockelord.com
                                          LOCKE LORD LLP
                                          111 Huntington Avenue
                                          Boston, MA  02199
                                          617.230.0100

Michael J. McMorrow (First Cir. Bar No. 1214113)<br>
michael.mcmorrow@lockelord.com<br>
LOCKE LORD, LLP<br>
111 S. Wacker Drive<br>
Chicago, IL 60606<br>
312.443.0246

## Certificate of Service

I certify that on December 23, 2024 this document was filed through the Electronic Case Filing System of the United States Court of Appeals for the First Circuit and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

<i>/s/ Daryl J. Lapp</i><br>
Daryl J. Lapp