No. 24-8033

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

**NATALIA ORTIZ,**
ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,

*Plaintiff-Petitioner*,

v.

**SABA UNIVERSITY SCHOOL OF MEDICINE, AND R3 EDUCATION, INC.,**

*Defendants-Respondents.*

## PLANTIFF-PETITIONER'S MOTION TO STRIKE UNTIMELY OPPOSITION FILED BY DEFENDANTS-RESPONDENTS

On Petition for Permission to Appeal from the
United States District Court for the District of Massachusetts
(Hon. William G. Young, No. 1:23-cv-12002)

| | | |
|---|---|---|
| Patrick T. Egan | Margaret M. Siller | Daniel A. Zibel |
| 1st Cir. Bar No. 92444 | 1st Cir. Bar No. 1214229 | 1st Cir. Bar No. 1190437 |
| **BERMAN TABACCO** | **MAYNARD NEXSEN PC** | **NATIONAL STUDENT LEGAL DEFENSE NETWORK** |
| One Liberty Square | 1131 4th Ave. S., Suite 320 | 1701 Rhode Island Ave. NW |
| Boston, MA 02109 | Nashville, TN 37210 | Washington, DC 20036 |
| (617) 542-8300 | (629) 258-2253 | (202) 734-7495 |
| pegan@bermantabacco.com | msiller@maynardnexsen.com | dan@defendstudents.org |

*Counsel for Plaintiff-Petitioner Natalia Ortiz*

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure, Plaintiff-Petitioner Natalia Ortiz ("Ms. Ortiz") respectfully moves to strike the Defendant-Respondents' untimely opposition to Ms. Ortiz's 23(f) Petition. As grounds for this motion, Ms. Ortiz states:

1. On November 26, 2024, the district court issued a Memorandum and Order decertifying the Chapter 93A class action that it previously certified on October 1, 2024. *See* Doc. 1 at 36-61.

2. On December 10, 2024, fourteen days after the decertification order, Ms. Ortiz timely filed a petition for review (the "December 10 Petition"). *See* Doc. 1; Fed. R. Civ. P. 23(f) ("A party must file a petition for permission to appeal with the circuit clerk within 14 days after the order is entered.").

3. The December 10 Petition was served on counsel for Defendants-Respondents on December 10, 2024. *See id.* at 34 (Certificate of Filing and Service).

4. This Court opened this matter as a "Miscellaneous Case" on December 12, 2024. While this Court applied an ECF data-stamped reference on the Petition of December 11, 2024, this Court clearly stamped the Petition as: "**Received Electronically December 10,**

**2024** United States Court of Appeal for the First Circuit". *Id.* at Cover Page (bold and red font color in original).

5. Under Fed. R. App. Proc. 5(b)(2), "[a] party may file an answer in opposition or a cross-petition within 10 days after the petition is served."

6. Ten days after December 10, 2024 was December 20, 2024.

7. Defendants-Respondents' opposition filing was not filed or served until December 23, 2024. As such, it is untimely under Fed. R. App. Proc. 5(b)(2).

For the foregoing reasons, Ms. Ortiz respectfully requests that this Court strike the Defendants-Respondents' untimely opposition.

Dated: December 23, 2024            Respectfully submitted,

*/s/ Patrick T. Egan*
**BERMAN TABACCO**
Patrick T. Egan
1st Cir. Bar No. 92444
One Liberty Square
Boston, MA 02109
(617) 542-8300
pegan@bermantabacco.com

**MAYNARD NEXSEN PC**
Margaret M. Siller
1st Cir. Bar No. 1214229
1131 4th Ave. S., Suite 320
Nashville, TN 37210
(629) 258-2253
msiller@maynardnexsen.com

**NATIONAL STUDENT
LEGAL DEFENSE NETWORK**
Daniel A. Zibel
1st Cir. Bar No. 1190437
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
dan@defendstudents.org

*Counsel for Plaintiff-Petitioner*

# CERTIFICATE OF FILING AND SERVICE

I certify that, on December 23, 2024, a copy of the foregoing motion was filed via this Court's electronic filing system, and was served by email on the Counsel of Record for Defendants-Respondents listed below:

| | |
|---|---|
| Daryl J. Lapp (BBO No. 554980)<br>daryl.lapp@lockelord.com<br>Locke Lord LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>Tel: 617.230.0100 | Michael J. McMorrow<br>michael.mcmorrow@lockelord.com<br>Locke Lord LLP<br>111 S. Wacker Drive<br>Chicago, IL 60606<br>Tel: 312.443.0246 |
| Dale A. Evans, Jr.<br>dale.evans@lockelord.com<br>Locke Lord LLP<br>777 South Flagler Drive – East Tower Suite 215<br>West Palm Beach, FL 33401<br>Tel: 561.820.0248 | Nathalie M. Vega<br>nathalie.vega@lockelord.com<br>Locke Lord LLP<br>2800 Financial Plaza<br>Providence, RI 02903<br>T: 401-276-6421 |

*/s/ Patrick T. Egan*
Patrick T. Egan