No. 24-8033

_____

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**
_____

NATALIA ORTIZ,
on behalf of herself and all others similarly situated,

Plaintiff-Petitioner,

v.

SABA UNIVERSITY SCHOOL OF MEDICINE, and R3 EDUCATION, INC.,

Defendants-Respondents.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(The Honorable William G. Young, Case No. 1:23-cv-12002-WGY)

_____

**Respondent's Opposition to Petitioner's
Motion to Strike Untimely Opposition**
_____

> Daryl J. Lapp (First Cir. Bar No. 31763)
> LOCKE LORD LLP
> 111 Huntington Avenue, Boston, MA  02199
> (617) 239-0100
> daryl.lapp@lockelord.com
>
> Michael McMorrow (First Cir. Bar No. 1214113)
> LOCKE LORD LLP
> 111 S. Wacker Drive, Chicago, IL 60606
> (312) 443-0246
> michael.mcmorrow@lockelord.com
>
> *Counsel for Defendants-Respondents*

Defendants-Respondents Saba University School of Medicine and R3 Education, Inc. (collectively, "Saba") oppose the Plaintiff-Petitioner's "Motion to Strike Untimely Opposition Filed by Defendants-Respondents" (the "Motion") and state as follows:

1. Petitioner submitted her Petition to Appeal Pursuant to Federal Rule of Civil Procedure 23(f) (the "Petition") for filing on or about December 10, 2024.

2. The Court accepted the Petition and opened Petitioner's case on December 11, 2024.

3. The Court served Saba with the filed Petition and other documents on December 12, 2024, at 12:16 p.m., Eastern standard time, through a "Notice of Docket Activity" generated by the Court's CM/ECF electronic filing system.

4. Pursuant to Local Rule 25.0(e), the Court's transmission of the Notice of Docket Activity "constitutes service of the filed document on all ECF Filers."

5. Counsel for Saba are ECF filers.

6. Because the Petition was served on counsel for Saba by the Court on December 12, 2024, any response by Saba to the Petition was required to be filed or on or before December 23, 2023, pursuant to Fed. R. App. P. 5(b)(2) and Fed. R. App. P. 26(a)(1)(C).

7. Rule 5(b)(2) requires a response within ten days from service, and Rule 26(a)(1)(C) provides that if the specified date is a Saturday, Sunday or legal

holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

8. Ten days after December 12, 2024 was Sunday, December 22, 2024. Saba timely filed its Opposition to Petitioner's Petition on Monday, December 23, 2024—the next day that was not a Saturday, Sunday, or legal holiday.

9. On December 10, 2024, counsel for Petitioner sent an email to counsel for Saba stating: "Attached please find Plaintiff's Petition that was filed today with the First Circuit." Attached to that email was a document that appeared to be a Petition to Appeal, but there was no case number on the document, no file stamp from this Court on the document, nor any other indication that the document had been either filed with, or accepted for filing by, this Court.

10. Counsel's December 10, 2024 email was not, as Petitioner claims in her Motion, "service" of the Petition on Saba on that date as contemplated by the Rules. *See* Motion, ¶ 3. Her Petition had not been accepted by this Court at that time, and Saba had no indication that it had been filed other than counsel's representation.

11. Nonetheless, out of an abundance of caution, counsel for Saba contacted the Court on Friday, December 20, 2024 at approximately 11:00 AM EST and spoke to the case manager to confirm Saba's response deadline, taking into account the two days between Petitioner submitting her petition and the case

being opened. Saba's counsel advised the case manager that if the Court determined the response deadline to be December 20, 2024, Saba would file a motion for extension of time that day. The case manager confirmed to Saba's counsel that the Court had docketed the response date for Monday, December 23, 2024, and that no motion was needed to timely file on that date.

12. Two hours after Saba filed its Opposition, Petitioner filed her Motion. The Motion attempts to substitute Petitioner's emailing of her proffered Petition to counsel for official service of the filed Petition after it had been accepted by this Court and the case opened, in contravention of this Court's Rules. Petitioner's emailing of her proffered Petition before it was accepted by the Court and the case opened is not an effective substitute for official service of the accepted and filed Petition, as Local Rule 25.0(e) indicates. The Petition could have been rejected for any number of reasons between Petitioner's filing of it and the Court's acceptance of it.

13. Immediately after Petitioner filed her Motion, counsel for Saba contacted counsel for Petitioner to explain the error in Petitioner's filing and to request that Petitioner withdraw the Motion.

14. Petitioner did not respond to the request in any manner.

15. Had Petitioner consulted this Court's local rules, she would have known that Saba's Opposition to her Petition was timely filed. And had Petitioner

not immediately filed her Motion without making a meaningful attempt to confer on the matter with counsel for Saba, this Court would not be burdened with her meritless Motion to Strike.

16. In the alternative, even if the Court accepts Petitioner's argument that Opposition was untimely, good cause supports extending Saba's deadline to file the Opposition by one business day to December 23, 2024 pursuant to Fed. R. App. P. 26(b). That good cause is Saba's proactive efforts to confirm the deadline the Court's case manager, who advised Saba's counsel the filing deadline was December 23, 2024.

17. Accordingly, Saba respectfully requests that this Court deny the Motion, and for such other and further relief as this Court deems just and appropriate.

*Saba University School of Medicine and R3 Education, Inc.*,

*Daryl J. Lapp*
Daryl J. Lapp (First Cir. Bar No. 31763)
LOCKE LORD LLP
111 Huntington Avenue, Boston, MA 02199
(617) 239-0100
daryl.lapp@lockelord.com

Michael McMorrow (First Cir. Bar No. 1214113)
LOCKE LORD LLP
111 S. Wacker Drive, Chicago, IL 60606
(312) 443-0246
michael.mcmorrow@lockelord.com

*Counsel for Defendants-Respondents R3 Education, Inc. and Saba University School of Medicine*

Dated:  December 30, 2024

Case: 24-8033   Document: 00118230428   Page: 6   Date Filed: 12/30/2024   Entry ID: 6690212

## CERTIFICATE OF FILING AND SERVICE

I certify that on December 30, 2024, a copy of this Opposition was filed *via* this Court's CM/ECF system and that all parties required to be served have been served.

*Daryl J. Lapp*
Daryl J. Lapp