No. 24-8033

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

**NATALIA ORTIZ,**
**ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,**

*Plaintiff-Petitioner*,

**v.**

**SABA UNIVERSITY SCHOOL OF MEDICINE, AND R3 EDUCATION, INC.,**

*Defendants-Respondents.*

## NOTICE OF WITHDRAWAL OF PLANTIFF-PETITIONER'S MOTION TO STRIKE UNTIMELY OPPOSITION FILED BY DEFENDANTS-RESPONDENTS

**On Petition for Permission to Appeal from the**
**United States District Court for the District of Massachusetts**
(Hon. William G. Young, No. 1:23-cv-12002)

Patrick T. Egan
1st Cir. Bar No. 92444
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
(617) 542-8300
pegan@bermantabacco.com

Margaret M. Siller
1st Cir. Bar No. 1214229
**MAYNARD NEXSEN PC**
1131 4th Ave. S., Suite 320
Nashville, TN 37210
(629) 258-2253
msiller@maynardnexsen.com

Daniel A. Zibel
1st Cir. Bar No. 1190437
**NATIONAL STUDENT**
**LEGAL DEFENSE NETWORK**
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
dan@defendstudents.org

*Counsel for Plaintiff-Petitioner Natalia Ortiz*

Plaintiff-Petitioner Natalia Ortiz ("Ms. Ortiz") hereby withdraws her motion to strike the Defendant-Respondents' opposition to Ms. Ortiz's 23(f) Petition, which was filed December 23, 2024.

Dated: December 30, 2024     Respectfully submitted,

*/s/ Patrick T. Egan*
**BERMAN TABACCO**
Patrick T. Egan
1st Cir. Bar No. 92444
One Liberty Square
Boston, MA 02109
(617) 542-8300
pegan@bermantabacco.com

**MAYNARD NEXSEN PC**
Margaret M. Siller
1st Cir. Bar No. 1214229
1131 4th Ave. S., Suite 320
Nashville, TN 37210
(629) 258-2253
msiller@maynardnexsen.com

**NATIONAL STUDENT**
**LEGAL DEFENSE NETWORK**
Daniel A. Zibel
1st Cir. Bar No. 1190437
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
dan@defendstudents.org

*Counsel for Plaintiff-Petitioner*

1

## CERTIFICATE OF FILING AND SERVICE

I certify that, on December 30, 2024, a copy of the foregoing motion was filed via this Court's electronic filing system and that all parties required to be served have been served.

/s/ Patrick T. Egan
Patrick T. Egan