# United States Court of Appeals
## For the First Circuit

No. 23-8033

NATALIA ORTIZ, on behalf of themselves and a class of similarly situated persons,

Plaintiff - Petitioner,

v.

SABA UNIVERSITY SCHOOL OF MEDICINE; R3 EDUCATION, INC.,

Defendants - Respondents.

### ORDER OF COURT

Entered: January 3, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, Petitioner Natalia Ortiz's motion to withdraw the motion to strike Respondents' opposition to her petition is granted.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Patrick Thomas Egan
Daniel Zibel
Margaret Siller
Alexander Elson
John Robison Alford Jr.
Madeline Wiseman
Daryl J. Lapp
Elizabeth Howar Kelly
Nathalie Marie Vega Crespo
Michael J. McMorrow
Dale Evans Jr.