# United States Court of Appeals
## For the First Circuit

No. 24-8033

NATALIA ORTIZ, on behalf of themselves and a class of similarly situated persons,

Plaintiff - Petitioner,

v.

SABA UNIVERSITY SCHOOL OF MEDICINE; R3 EDUCATION, INC.,

Defendants - Respondents.

**NOTICE**

Issued: January 3, 2025

Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After January 17, 2025, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

Madeline Wiseman
Alexander Elson
John Robison Alford
Dale Evans

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Gerry - (617) 748-4275


cc:
John Robison Alford Jr.
Patrick Thomas Egan
Alexander Elson
Dale Evans Jr.
Elizabeth Howar Kelly
Daryl J. Lapp
Michael J. McMorrow
Margaret Siller
Nathalie Marie Vega Crespo
Madeline Wiseman
Daniel Zibel