# United States Court of Appeals
## For the First Circuit

No. 24-8033

NATALIA ORTIZ, on behalf of themselves and a class of similarly situated persons,

Plaintiff - Petitioner,

v.

SABA UNIVERSITY SCHOOL OF MEDICINE; R3 EDUCATION, INC.,

Defendants - Respondents.

**NOTICE**

Issued: January 23, 2025

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Madeline Wiseman
Alexander Elson
John Robison Alford
Dale Evans

The following attorneys will continue to receive notice in this case:

Patrick Thomas Egan
Elizabeth Howar Kelly
Daryl J. Lapp
Michael J. McMorrow
Margaret Siller
Nathalie Marie Vega Crespo
Daniel Zibel

    Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

                                          Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS  
FOR THE FIRST CIRCUIT  
John Joseph Moakley  
United States Courthouse  
1 Courthouse Way, Suite 2500  
Boston, MA 02210  
Case Manager: Gerry - (617) 748-4275

cc:  
John Robison Alford Jr.  
Patrick Thomas Egan  
Alexander Elson  
Dale Evans Jr.  
Elizabeth Howar Kelly  
Daryl J. Lapp  
Michael J. McMorrow  
Margaret Siller  
Nathalie Marie Vega Crespo  
Madeline Wiseman  
Daniel Zibel